NEW-YORK,
May, 1829.

The People
v.
Supervisors of
Oswego.

FLANAGAN *vs.* MURPHY.

MOTION to quash a certiorari. It was objected that the affidavit on which the certiorari was granted was made by the *attorney*, and not by the *party*. The plaintiff in error did not attend the trial of the cause, but entrusted his defence to an attorney ; for which reason, the facts which transpired on the trial were stated by the attorney instead of the party.

*By the Court,* SUTHERLAND, J. The original affidavit was defective in not accounting why it was made by the attorney instead of the party. That, however, is now satisfactorily explained ; and, although the affidavit produced is made long since the expiration of thirty days after the judgment, it, notwithstanding, is receivable. Explanatory matter may be shewn by affidavit, even on the motion to quash the certiorari. (1 *R. L.* 396. 6 *Johns. R.* 327.) The motion, therefore, is denied ; but the plaintiff in error must pay the costs of this application.

*An affidavit shewing the reason why an affidavit on which a certiorari was granted was not made by the party, may be made more than thirty days after judgment given, and is receivable even on a motion to quash the certiorari.*